UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES CONFERENCE OF MAYORS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREAT-WEST LIFE & ANNUITY INSURANCE CO., <br><br> Defendant. | Civil Action No. 16-00660 (TFH) |

## ORDER

In accordance with the Court's July 26, 2017 Order, Defendant has submitted sealed copies of the reports generated as part of the investigations of Brent Neese and John Borne, and the documents associated with those investigations. *See* ECF No. 79. Considering the arguments presented by counsel during the July 26, 2017 discovery hearing, and following a detailed *in camera* review of the materials, the Court finds that Defendant has not met its burden of establishing that the documents are protected by the work product doctrine because it has not shown that the documents were prepared in anticipation of litigation.[1] *See, e.g., Banneker Ventures, LLC v. Graham*, CV 13-391 (RMC), 2017 WL 2124388 (D.D.C. May 16, 2017); *Duran v. Andrew*, Case No. 09-730, 2010 WL 1418344, at * 1 (D.D.C. Apr. 5, 2010). Accordingly, it hereby is

---

[1] The Court notes that an email sent on June 8, 2016 from Edward Stewart, Defendant's outside trial counsel, to Robert Little and Brent Neese is protected work product and does not have to be produced to Plaintiffs. This email is identified as "Neese_00151."

**ORDERED** that Defendant shall produce the subject documents to Plaintiffs on or before August 4, 2017.

**SO ORDERED.**

August 1, 2017

*[signature]*
Thomas F. Hogan
SENIOR UNITED STATES DISTRICT JUDGE