Civil Judgment (Rev. DC 03/2010)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES CONFERENCE OF
MAYORS, et al.

Plaintiff(s)

Civil Action No.  16-660

V.

GREAT-WEST LIFE & ANNUITY INSURANCE,
CO.

Defendant(s)

## JUDGMENT ON THE VERDICT
### FOR PLAINTIFF

This cause having been tried by the Court and a Jury, before the Honorable

JUDGE THOMAS F. HOGAN , Judge presiding, and the issues having been duly

tried and the Jury having duly rendered its verdict; now, therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):

UNITED STATES CONFERENCE OF MAYORS, et al.

have and recover of and from the defendant(s):

GREAT-WEST LIFE & ANNUITY INSURANCE, CO.

the sum of  8,000,000.00  (Eight Million Dollars)

together with costs.

ANGELA D. CAESAR, Clerk

Dated: 1/23/2018         By:      HAROLD SMITH, JR.
                                   Deputy Clerk